B1 (Official Form 1)(1/08)

| | | |
|---|---|---|
| | **United States Bankruptcy Court**<br>**Northern District of Texas** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Del Bosque, David No Middle Name** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA D & K Del Bosque, Inc.; DBA Casa Del Sol Stables;**<br>**DBA Allied Construction; DBA Old Gringo Lake Supply** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8874** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2351 FM 2458**<br>**Justiceburg, TX**<br>ZIP Code **79330** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Garza** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 65076**<br>**Lubbock, TX**<br>ZIP Code **79464** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  
■ Debtor estimates that funds will be available for distribution to unsecured creditors.  
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,  
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Del Bosque, David No Middle Name** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Del Bosque, David No Middle Name** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ David No Middle Name Del Bosque**
Signature of Debtor **David No Middle Name Del Bosque**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 1, 2010**
Date

### Signature of Attorney*

**X /s/ P. Howard Bailey, Jr.**
Signature of Attorney for Debtor(s)

**P. Howard Bailey, Jr.**
Printed Name of Attorney for Debtor(s)

**P. Howard Bailey, Jr.**
Firm Name

**1005 Broadway**
**Lubbock, TX 79401**

Address

**Email: hb@phbjr.com**
**806-744-3875  Fax: 806-744-3878**
Telephone Number

**February 1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Texas

In re   **David No Middle Name Del Bosque**                                   Case No.
                                    Debtor(s)                                  Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ David No Middle Name Del Bosque**
**David No Middle Name Del Bosque**

Date: **February 1, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   **David No Middle Name Del Bosque**               Case No. _____

                                                    Debtor(s)               Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | Old Gringo Debt Building and Land Loan | | 284,000.00<br><br>(0.00 secured) |
| ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | Allied Construction Debt Rentals/Wolfforth | | 130,000.00<br><br>(0.00 secured) |
| ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | Old Gringo Debt Operating Loan | | 40,000.00<br><br>(0.00 secured) |
| ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | Allied Construction Debt Rental Repairs | | 25,000.00<br><br>(0.00 secured) |
| ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | ABC Bank<br>530 E. Highway 62-82<br>Wolfforth, TX 79382 | Allied Construction Debt Construction Trailor | | 7,000.00<br><br>(0.00 secured) |
| AimBank<br>P. O. Box 1349<br>Wolfforth, TX 79382 | AimBank<br>P. O. Box 1349<br>Wolfforth, TX 79382 | Old Gringo Debt Boat | | 7,500.00 |
| AimBank<br>P. O. Box 1349<br>Wolfforth, TX 79382 | AimBank<br>P. O. Box 1349<br>Wolfforth, TX 79382 | Allied Construction Debt Company Vehicle (Repo 10/09) | | 18,000.00<br><br>(0.00 secured) |
| AimBank<br>P. O. Box 1349<br>Wolfforth, TX 79382 | AimBank<br>P. O. Box 1349<br>Wolfforth, TX 79382 | Allied Construction Debt Company Truck Repo (10/09) | | 34,000.00<br><br>(0.00 secured) |
| Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19886 | Bank of America | | | 32,604.00 |
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886 | Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886 | Credit Card Purchases | | 17,445.00 |
| Chase<br>P.O. Box 9414<br>Palatine, IL 60094-4014 | Chase<br>P.O. Box 9414<br>Palatine, IL 60094-4014 | Credit Card Purchases | | 26,783.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **David No Middle Name Del Bosque**     Case No. _____
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094 | Credit Card Purchases | | 20,475.00 |
| Discover<br>P. O. Box 6103<br>Carol Stream, IL 60197-6103 | Discover<br>P. O. Box 6103<br>Carol Stream, IL 60197-6103 | Credit Card Purchases | | 7,745.00 |
| HFC Feed<br>P.O. Box 477<br>Wolfforth, TX 79382 | HFC Feed<br>7811 82nd Street<br>Lubbock, TX 79424<br>806/866-9801 | Casa Del Sol Stables Debt Feed Bill | | 12,916.38 |
| Home Depot<br>P. O. Box 91778<br>Albuquerque, NM 87199 | Home Depot | Credit Card Purchases | | 10,565.00 |
| Keith Markham<br>3190 CR J<br>Abernathy, TX 79311 | Keith Markham<br>3190 CR J<br>Abernathy, TX 79311 | Old Gringo Debt Personal Loan | | 15,000.00 |
| Naaman Gipson<br>c/o Brad Davidson<br>Craig, Terrill, Hale & Grantham, LLP<br>P.O. Box 1979<br>Lubbock, TX 79408 | Naaman Gipson<br>c/o Brad Davidson<br>Craig, Terrill, Hale & Grantham, LLP<br>Lubbock, TX 79408 | Old Gringo Lake Supply | Disputed | 11,500.00 |
| Sears Mastercard<br>P.O. Box 6936<br>The Lakes, NV 88901 | Sears Mastercard<br>P.O. Box 6936<br>The Lakes, NV 88901 | Credit Card Purchases | Contingent Disputed | 9,375.00 |
| Wells Fargo<br>P.O. Box 54780<br>Los Angeles, CA 90054 | Wells Fargo<br>P.O. Box 54780<br>Los Angeles, CA 90054 | Line of Credit | | 9,200.00 |
| Wells Fargo Bank<br>P.O. Box 98791<br>Las Vegas, NV 89193 | Wells Fargo Bank<br>P.O. Box 98791<br>Las Vegas, NV 89193 | Credit Card Purchases | | 8,325.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **David No Middle Name Del Bosque**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 1, 2010**      Signature **/s/ David No Middle Name Del Bosque**
                                                                        **David No Middle Name Del Bosque**
                                                                        Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ABC Bank
530 E. Highway 62-82
Wolfforth, TX 79382


ABC Bank
530 E.Highway 62-82
Wolfforth, TX 79382


Ag Worker's Insurance
P. O. Box 88
Fort Worth, TX 76101


AimBank
P. O. Box 1349
Wolfforth, TX 79382


All State Insurance
P.O. Box 660642
Dallas, TX 75266-0642


Alvie Joe Rivere
5620 87th
Lubbock, TX 79424


B & R Irrigation
1906 E. Tate
Brownfield, TX 79316


Bank of America
P.O. Box 15102
Wilmington, DE 19886


Bank of America
P.O. Box 15726
Wilmington, DE 19886

```
Bank of America
P.O. Box 15137
Wilmington, DE 19850-5137


Becton Insurance
c/o United Fire Lloyds
812 Frontage Road
Idalou, TX 79329-9100


Big Country Electric
P. O. Box 518
Roby, TX 79543


Caprock Telephone
P. O. Box 300
Spur, TX 79370


Caprock Waste
P. O. Box 2803
Lubbock, TX 79408


Chase
P.O. Box 9414
Palatine, IL 60094-4014


Chase
P.O. Box 94014
Palatine, IL 60094


Citi Financial
P.O. Box 6931
The Lakes, NV 88901


Citi Financial Retail Services
P.O. Box 183041
Columbus, OH 43218-3041
```

Coca Cola Enterprises
Lubbock Sales Center
P. O. Box 840232
Dallas, TX 75284-0232


Continental Batteries
4919 Woodall Street
Dallas, TX 75247


Crocket Rentals
384 Walnut Hill Rd.
Bells, TN 38006


Crocket Rentals
2351 FM 2458
Justiceburg, TX 79330


D'Wayne Green
4802 62nd
Lubbock, TX 79414


David Mendez
412 Dowden
Wolfforth, TX 79382


Discover
P. O. Box 6103
Carol Stream, IL 60197-6103


Extreme AC
c/o Donnie Garrison
P.O. Box 94092
Lubbock, TX 79493


Fiesta Acceptance
5621 Frankford Avenue
Lubbock, TX 79424

```
First Data Merchant Services, Inc.
3820 Micro Drive
Millington, TN 38053


Gene Whitten
5730-66th Street
Lubbock, TX 79424


Gonzalo Castanada
8711 CR 7310 Unit Rear
Wolfforth, TX 79382


Great Plains Distributors
5701 E. Highway 84
Lubbock, TX 79404


HFC Feed
P.O. Box 477
Wolfforth, TX 79382


Home Depot
P. O. Box 91778
Albuquerque, NM 87199


Jack Sanderson
7311 Forest Stream
San Antonio, TX 78233


Keith Markham
3190 CR J
Abernathy, TX 79311


Kubota Credit
P.O. Box 559
Carol Stream, IL 60132-0559
```

```
Lisa Hall
408 Dowden
Wolfforth, TX 79382


Lowe's Commercial Services
P. O. Box 530954
Atlanta, GA 30353-0954


Naaman Gipson
c/o Brad Davidson
Craig, Terrill, Hale & Grantham, LLP
P.O. Box 1979
Lubbock, TX 79408


Potato Specialty Company
P. O. Box 3925
Lubbock, TX 79452


Ricardo Gonzales
Address Unknown


Sears Mastercard
P.O. Box 6936
The Lakes, NV 88901


Smith Construction
P.O. Box 367
Smyer, TX 79367


Sprint Communications
P. O. Box 3827
Englewood, CO 80155


Sue Johnson's Business Services
P. O. Box 6400
Lubbock, TX 79493
```

```
Texas Homeland Security & Sound
7415 Brownfield Hwy. #6
Lubbock, TX 79407


Texas State Comptroller
P.O. Box 13528
Austin, TX 78711-3528


Vincent Reed
410 Dowden
Wolfforth, TX 79382


Wanda DeLoche
P. O. Box 277
Wolfforth, TX 79382


Wells Fargo
P.O. Box 54780
Los Angeles, CA 90054


Wells Fargo Bank
P.O. Box 98791
Las Vegas, NV 89193


William Dozier
7211 Upland Unit A
Lubbock, TX 79424


Yellow Book
P.O. Box 3162
Cedar Rapids, IA 52406
```